**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE:  ESTATE OF MICHAEL P. DONATUCCI, DECEASED | :  No. 113 MM 2019 |
| | : |
| | : |
| | : |
| PETITION OF:  MEGHAN E. KLEIN, INDIVIDUALLY AND IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF MICHAEL P. DONATUCCI | : |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of February, 2020, the Application "for Leave to File Reply in Support of Application for Exercise of King's Bench Power or Extraordinary Jurisdiction and for Oral Argument," to the extent it seeks leave to file a reply, is GRANTED.  In all other respect, the Application "for Leave to File Reply in Support of Application for Exercise of King's Bench Power or Extraordinary Jurisdiction and for Oral Argument" is DENIED.

   The Application to Permit "a Supplemental Response in Opposition" is GRANTED.

   The Application "for Exercise of Either King's Bench Power or Extraordinary Jurisdiction" is DENIED.

   Justices Dougherty and Wecht did not participate in the consideration or decision of this matter.